McGREGOR W. SCOTT
United States Attorney

ADAIR F. BOROUGHS
G. PATRICK JENNINGS
Trial AttorneyS, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202)305-7546
             (202) 307-6648
E-mail:      adair.f.boroughs@usdoj.gov
             guy.p.jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                  )<br>                                        )<br>       v.                               )<br>                                        )<br>FRANK A. VACANTE, UTE VACANTE aka       )<br>UTE BELEW, CENTRAL VALLEY               )<br>INSURANCE SERVICES, INC., INSTANT       )<br>SERVICES, INC., PACIFIC BELL            )<br>DIRECTORY, STANISLAUS COUNTY TAX        )<br>COLLECTOR, EVERETT J. RODRIGUES         )<br>AS TRUSTEE OF THE RODRIGUES FAMILY      )<br>1996 TRUST, WILLIE JEAN RODRIGUES AS    )<br>TRUSTEE OF THE RODRIGUES FAMILY         )<br>1996 TRUST, WASHINGTON MUTUAL           )<br>BANK, AS ASSIGNEE OF AMERICAN           )<br>SAVINGS BANK, BENEFICIAL CALIFORNIA,    )<br>INC., NEW CENTURY MORTGAGE CORP.,       )<br>STATE OF CALIFORNIA FRANCHISE TAX       )<br>BOARD, UNION BANK OF CALIFORNIA,        )<br>NORTHERN CALIFORNIA COLLECTION          )<br>SERVICE, INC., TURLOCK IRRIGATION       )<br>DISTRICT, MERCED COUNTY TAX             )<br>COLLECTOR, TERRY L. BLAKE DBA BLAKE     )<br>ELECTRIC,                               )<br>                                        )<br>            Defendants.                 )<br>                                        ) | Civil No. 08-CV-01310-MCE-KJM<br><br>**ORDER GRANTING THE UNITED STATES' UNOPPOSED MOTION TO TRANSFER INTRADISTRICT VENUE** |

1  Upon good cause shown,

2  IT IS HEREBY ORDERED THAT this case be transferred to the United States

3  District Court for the Eastern District of California sitting in Fresno, California.

4  IT IS SO ORDERED.

5  Dated: September 10, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE